(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Jason Scott

(Name of Plaintiff or Plaintiffs)

v.

Nemours / Alfred I. duPont Hospital for Children

(Name of Defendant or Defendants)

Civ. Action No. 16 - 504
(To be assigned by Clerk's Office)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION
(Pro se)

Jury Demand?
☒ Yes
☐ No

1. This action is brought pursuant to (check all spaces that apply):

☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is:__________.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

2. Plaintiff resides at 435 Balsam Drive (Street Address)
Dover (City) Kent (County) DE (State) 19901 (Zip Code)
(302) 423-6338 (Area Code) (Phone Number). **Attach additional sheets if more than one Plaintiff.**

3. Defendant resides at, or its business is located at 1600 Rockland Rd. (Street Address)
Wilmington (City) New Castle (County) DE (State) 19803 (Zip Code).(

**Attach additional sheets if more than one Defendant.**

FILED
JUN 27 2016
U.S. DISTRICT COURT DISTRICT OF DELAWARE

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's Nemours/Alfred I. duPont Hospital for Children (Defendant's Name) place of business located at 1600 Rockland Rd (Street Address) Wilmington (City) New Castle (County) DE (State) 19803 (Zip Code).

5. The alleged discriminatory acts occurred on 30 (Day), April (Month), 2015 (Year).

6. The alleged discriminatory practice ☒ is ☐ is not continuing.

7. On 7 (Day), January (Month), 2016 (Year), Plaintiff filed charges with the Department of Labor of the State of Delaware: (former Milford) current Dover (Agency), 655 South Bay Rd. Suite 2H (Street Address) Dover (City) Kent (County) DE (State) 19901 (Zip Code), regarding defendant's alleged discriminatory conduct.

8. On 7 (Day), January (Month), 2016 (Year), Plaintiff filed charges with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged discriminatory conduct.

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: 28 (Day), March (Month), 2016 (Year).

**(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10. The alleged discriminatory acts, in this suit, concern:

A. ☐ Failure to employ plaintiff.
B. ☒ Termination of plaintiff's employment. Plaintiff was terminated from employment on the following date: April 30 2015.
C. ☐ Failure to promote plaintiff. Plaintiff was refused a promotion on the following date: ________.
D. ☒ Other acts (please specify): failure to reassign Plaintiff to his former position, PSR II.

11. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

A. ☒ Plaintiff's race
B. ☒ Plaintiff's color
C. ☒ Plaintiff's sex
D. ☒ Plaintiff's religion
E. ☐ Plaintiff's national origin
F. ☐ Plaintiff's age
G. ☒ Plaintiff's disability

12. A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

**(NOTE: ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.)**

**THEREFORE,** Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

A. ☒ Injunctive relief (specify what you want the Court to order): See attached.
B. ☒ Back pay.
C. ☐ Reinstatement to former position.
D. ☒ Monetary damages in the amount of ________________.
E. ☒ That the Court appoint legal counsel.
F. ☒ Such relief as may be appropriate, including costs and attorney's fees.
G. ☒ Other (specify): Personalized apology letter from Erin Carroll.

**I/We declare under penalty of perjury that the foregoing is true and correct.**

Dated: June 24, 2016

________________________ (Signature of Plaintiff)

________________________ (Signature of additional Plaintiff)

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

16- 504

Nemours

FILED
JUN 27 2016
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: The Nemours Foundation Operating Divisions

FROM: David J. Bailey, MD, MBA
Nemours President & CEO

SUBJECT: Reaffirmation of Employee Philosophy of the Nemours Foundation

The Nemours Foundation's policy of employment is to comply with all federal, state and local laws. All our Operating Divisions will create an employment philosophy where employees are regarded with respect and belief in the individual's worth and the value of his or her contribution to our Mission.

At a minimum this shall include the concept of merit-based opportunity where we hire and promote solely on the basis of qualifications and competency. Our Divisions will not tolerate discriminatory behaviors based on race, creed, color, sex, national origin, age, disability, religion, or veteran status, not only because such behaviors are unlawful, but because we need and value the knowledge and skills of all persons.

Additionally, the Operating Divisions will strive to create an environment free of sexual harassment. We will not tolerate verbal or physical conduct of a sexual nature by any employee that harasses, disrupts, or interferes with another employee's work performance or which created an offensive and hostile work environment.

Your Division has written Human Resources policies, which address both merit based opportunity and sexual harassment. These policies include procedures where employees who believe they have been discriminated against or sexually harassed may report such events without fear of retribution or reprisal. Your Personnel Office maintains these policies or you may choose to print them directly from the Human Resources web site found on the Nemours Intranet. Your Information Systems Department can assist you with access to the Intranet.

For further information on these policies you may contact you supervisor, your Personnel Office or the Manager of Human Resources for the Nemours Foundation.

This statement shall be posted in all Divisions so that employees will have knowledge of our commitment. I am confident that every Foundation employee will join me in the creation of a work environment that is satisfying with variety, challenge, support and respect.

Exhibit A

16 - 504

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

[X] FEPA SCO120815

[X] EEOC 17C-2016-00158

Delaware Department of Labor and EEOC

*State or local Agency, if any*

| Name (*indicate Mr., Ms., Mrs.*) | Home Phone (*Incl. Area Code*) | Date of Birth |
|---|---|---|
| **Mr. Jason D. Scott** | **(302) 423-6338** | **05-18-1982** |

| Street Address | City, State and ZIP Code |
|---|---|
| **435 Balsam Drive, Dover, DE 19901** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (*Include Area Code*) |
|---|---|---|
| **A.I. DUPONT HOSPITAL FOR CHILDREN / NEMOURS** | **500 or More** | **(302) 651-4000** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1600 Rockland Road, Wilmington, DE 19803** | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

[ ] RACE [ ] COLOR [ ] SEX [X] RELIGION [ ] NATIONAL ORIGIN

[X] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION

[ ] OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: **04-30-2015** Latest: **04-30-2015**

[ ] CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

**Jurisdiction:** Charging Party worked for Respondent (DE employer; 100 + employees) as a Community Health Worker from October 29, 2012 until his discharge on April 30, 2015. Charging Party presented this discrimination complaint to DDOL on December 15, 2016 15th

**Charging Party's protected class:** Retaliation, Religion (Christian)

**Adverse employment action:** Discharge

**Brief statement of allegations:** Charging Party asserts that Respondent discriminated against him based on is religion and acted in retaliation after he engaged in protected activity. Charging Party asserts that he was to be reinstated after his grant was expired but was discharged after he filed previous charges with the DDOL (SCO052015) despite showing success and building positive relationships during his employment.

**Respondent's explanation:** Unknown

**Applicable law(s):** Title VII of the Civil Rights Act, as amended; The Americans With Disabilities Act

**Comparator(s) or other specific reason(s) for alleging discrimination:** N/A

Nothing further follows. x JDS

LORELEI T. STURGIS-CLAY
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires Upon Office

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

1/7/16 x

Date *Charging Party Signature*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

1/7/16

Exhibit B

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: **Jason D. Scott**
**435 Balsam Drive**
**Dover, DE 19901**

From: **Philadelphia District Office**
**801 Market Street**
**Suite 1300**
**Philadelphia, PA 19107**

16- 504

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **17C-2016-00158** | **Legal Unit** | **(215) 440-2828** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

- [ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.
- [ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.
- [ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.
- [ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge
- [X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.
- [ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.
- [ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

[signature]

**Spencer H. Lewis, Jr.,**
**District Director**

3/28/16
*(Date Mailed)*

Enclosures(s)

cc: **Steven Sparks, Esq.**
**Sr. VP & General Counsel, Legal Dept.**
**NEMOURS**
**10140 Centurion Parkway**
**Jacksonville, FL 32256**

Exhibit C

Enclosure with EEOC
Form 161 (11/09)

16- 504

## INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

### PRIVATE SUIT RIGHTS -- Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

### PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

### ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

### ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

**State of Delaware**
**Department of Labor**
**Division of Unemployment Insurance**

DELAWARE DEPARTMENT OF LABOR

**Notice of Determination**
**UC-409**

**Claimant Address** JASON SCOTT
435 BALSAM DR
DOVER DE 19901

**SS Number:** ***-**[redacted]
**Local Office:** 4
**Fund Code:** 10
**Claim Date:** 06/21/2015
**Date of AC:**
**Case Number:** 40997235

Delivered by Mail
**Redet:** No
**Count:** Yes

**Findings of Fact:**
The claimant worked for Alfred I DuPont Institute until 4/30/2015 when he was discharged. The was not provided a reason for discharge, nor has the employer provided a reason. The employer states they are not contesting benefits for this claimant and will not provide any further information.
In a discharge case the employer must show that there was willful or wanton misconduct on the part of the employee in order to disqualify that person from the receipt of unemployment benefits. Although we do not question the employer's administrative decision to discharge the claimant, the employer has not shown that there was misconduct to disqualify the claimant from benefits.

**Title 19 of Delaware Code 3314(2)**
An individual shall be disqualified for benefits: For the week in which he was discharged from his work for just cause in connection with his work and for each week thereafter until he has been employed in each of 4 subsequent weeks (whether or not consecutive) and has earned wages in covered employment equal to not less than 4 times the weekly benefit amount.

**Determination:**
You were discharged by your employer without just cause in connection with the work. Therefore, you are not disqualified from receiving unemployment insurance benefits pursuant to Section 3314(2), Title 19, Delaware Code and will be eligible to receive benefits for each week of unemployment insurance benefits claimed for which the division determines you meet the eligibility requirements of Section 3315, Title 19, Delaware Code. The division shall issue a determination for any week(s) of unemployment insurance benefits claimed for which you are subsequently deemed ineligible to receive benefits.

**Claim Deputy Signature:** [signature] **Date:** 07/13/2015

**If you disagree with this determination, you should ask the Claims Deputy for an explanation. If you are not satisfied with the explanation, you may file an appeal.**

**¡IMPORTANTE! Hay información adicional en la parte posterior de este documento.**

**Claimant and Employer Appeal Rights**

**This determination becomes final on** 07/23/2015 **unless a written appeal is filed. Your appeal must be received or postmarked on or before the date indicated. If the last date to file an appeal falls on a Saturday, Sunday or Legal Holiday, the appeal will be acceptable the next business day.**
**If you file an appeal and are still unemployed, you must continue to file weekly claim pay authorization forms with the local office,as instructed, until you receive a final decision.**

**Employer Name and Address** ALFRED I DUPONT INSTITUTE
PO BOX 283
ST LOUIS MO 63166

Exhibit D

Claimant Copy

435 Balsam Drive
Dover, DE 19901

16 - 504

7016 0910 0002 1632 4844

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

7016 0910 0002 1632 4844

U.S. POSTAGE PAID
DOVER, DE
19901
JUN 24, 16
AMOUNT
$4.87
1000 19801
R2303S101786-18

FIRST CLASS

United States District Court
J. Caleb Boggs Federal Building
844 N. King Street Unit 18
Wilmington DE 19801-3570

RECEIVED
JUN 27 2016
U.S. DISTRICT COURT
DISTRICT OF DELAWARE