**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON SCOTT, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 16-504-RGA |
| NEMOURS/ALFRED I. DUPONT HOSPITAL FOR CHILDREN, | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Jason Scott and Defendant Nemours/Alfred I. DuPont Hospital for Children, by and through their undersigned counsel and subject to approval of the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims asserted in this action are dismissed with prejudice. Each party to bear its own costs, expenses and attorneys' fees.

BERGER HARRIS LLP

By: /s/ Sean A. Meluney
Sean A. Meluney (#5514)
1105 N. Market Street
Suite 1100
Wilmington, DE 19801
(302) 655-1140
smeluney@bergerharris.com

*Attorneys for Plaintiff Jason Scott*

Dated: November 12, 2018
5993632

POTTER ANDERSON & CORROON LLP

By: /s/ Kathleen Furey McDonough
Kathleen Furey McDonough (#2395)
Stephanie E. O'Byrne (#4446)
Carla M. Jones (#6046)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
kmcdonough@potteranderson.com
sobyrne@potteranderson.com
cjones@potteranderson.com

*Attorneys for Defendant Nemours/Alfred I. DuPont Hospital for Children*

SO ORDERED this 13 day of Nov., 2018

[signature]
United States District Judge