(Del. Rev. 05/2014) Pro se Notice of Appeal

-7 2019

**NOTICE OF APPEAL**
**TO**
**U.S. COURT OF APPEALS, THIRD CIRCUIT**

U.S. District Court for the District of Delaware

APPEALS COURT
CASE NUMBER: ____________
(To be assigned by Appeals Court)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Jason Scott

v.

nemours | alfred i dupont hospital for children

DISTRICT COURT
Civ. Action No.: 16-504 rga

DISTRICT COURT
JUDGE: andrew richards

Notice is hereby given that Jason Scott,
(Named Party)

who proceeds *pro se*, appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [ ] Order, [X] Other (specify) mediation | settlement (breach of contract) Oct. 2018

entered in this action on Oct 18, 2018.
(date)

Dated: 9/30/19

(Signature)

Jason Scott
(Print Name)

4135 belvam dr
(Address)

Dover, DE 19901
(City, State, Zip Code)

(302) 423-6338
(Telephone Number)

OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT
CLERK

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 18, 2019

Jason Scott
435 Balsam Drive
Dover, DE 19901

Re: Undocketed in the Court of Appeals

Dear Mr. Scott:

This letter acknowledges receipt on September 12, 2019, of the following documents: 1) Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis; 2) Affidavit Accompanying Motion for In Forma Pauperis Status for the Appointment of Counsel Only; and 3) a copy of an EEOC Form 5, Charge of Discrimination, dated August 1, 2019. You have no open cases pending in this Court in which the motions could be filed. Given this, no action will be taken on the submissions and they are being returned to you for whatever further action you deem appropriate.

If you wish to seek review of a District Court decision, you must file your notice of appeal in the appropriate United States District Court. The notice must identify the District Court name and corresponding case number, the order or judgment appealed, the party appealing, and the court to which the appeal is directed. See Fed. R. App. P. 3(c). I

If, however, you are attempting to file a petition for review of an agency decision, the petition, in most instances, would be filed directly with this Court, depending on the decision/agency involved. You should include a copy of any agency decision that you wish this Court to review with the petition. Please be advised, however, that you should refer to the applicable statute governing the agency proceedings to determine if review is sought directly in the Court of Appeals or if another appeal process applies to your case.

Very Truly Yours,

s/ Patricia Dodszuweit
Patricia S. Dodszuweit
Clerk

PSD/hag

Enclosures

RECEIVED
SEP 12 2019
U.S.C.A. 3rd CIR.

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [X] FEPA [X] EEOC

Agency(ies) Charge No(s): SCO051019; 17C-2019-00412

**Delaware Department of Labor** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Jason D. Scott** | **(302) 423-6338** | **1982** |

| Street Address | City, State and ZIP Code |
|---|---|
| **435 Balsam Drive, Dover, DE 19901** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **NEMOURS - A.I DUPONT CHILDRENS HOSPITAL** | **500 or More** | **(904) 697-4100** |

| Street Address | City, State and ZIP Code |
|---|---|
| **10140 Centurion Parkway North, Jacksonville, FL 32256** | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **04-01-2015** Latest: **04-01-2015**
[X] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

**Jurisdiction:** Charging Party worked for Respondent (DE employer; 500+ employees) as a Community Health Worker from February 14, 2011 until his/her discharge on April 30, 2015. Charging Party presented this discrimination complaint to DDOL on May 10, 2019.

**Charging Party's protected class:** Retaliation

**Adverse employment action: Failure to Pay**

**Brief statement of allegations:** The Charging Party (CP) alleges he reached a settlement agreement with the Respondent (RS) in the amount $30,000. The CP alleges that the RS reported to the Internal Revenue Service that he was paid $60,000 and as such, he will have to pay taxes on $60,000. The CP alleges that the RS reported an erroneous amount to the IRS in retaliation for his engagement in a protected activity.

**Respondent's explanation:** Unknown

**Applicable law(s):** Title VII of the Civil Rights Act. as amended; Delaware Discrimination in Employment Act, as amended

**Comparator(s) or other specific reason(s) for alleging discrimination:** N/A

Nothing further follows. JS

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

6/11/19 [signature]

Date — Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

37,128.55 district court
- 1016.70
$ 32,145.05 ??
$ 30,000 first settlement
GOK??

THE FACE OF THIS CHECK HAS A SCREENED BLUE BACKGROUND. ADDITIONAL SECURITY FEATURES NOTED ON BACK OF THIS CHECK.

Nemours

10140 Centurion Parkway N.
Jacksonville, FL 32256-0532

Bank of America
50 N Laura St, 24th FL
Jacksonville, FL 32202

63-568
631

Date: 10/25/2018

Check No. 1068370

Pay Amount: $30,000.00****

****THIRTY THOUSAND DOLLARS AND 00 CENTS****

PAY TO THE ORDER OF

JASON SCOTT
435 BALSAM DR
DOVER DE 19901

David J Bailey
President and CEO

William W. Higginbotham II
Sr. Dir. Corp Finance/Treasurer

2161534330201800000 *(TY2018)

PAGE 0001 OF 0002

OCUMENT TYPE: 1099-MISC
YEE ENTITY DATA:
ASON SCOTT
35 BALSAM DR
OVER
TATE: DE ZIP: 19901-0000

NOT DIRECT SALES
NO SECOND NOTICE
FATCA IND:NO

COUNT NUMBER: 110728
YER ENTITY DATA: 590634433
HE NEMOURS FOUNDATION
0140 CENTURION PARKWAY NORTH
ACKSONVILLE FL 32256

ED TAX WH............$0
ISC OTH I.......$30,000+

************************** TAXPAYER COPY ***************************

2161534330201800000 *(TY2018)

PAGE 0002 OF 0002

OCUMENT TYPE: 1099-MISC
YEE ENTITY DATA:
ASON SCOTT
35 BALSAM DR
OVER
TATE: DE ZIP: 19901-0000

NOT DIRECT SALES
NO SECOND NOTICE
FATCA IND:NO

COUNT NUMBER: 110728
YER ENTITY DATA: 590634433
HE NEMOURS FOUNDATION
0140 CENTURION PARKWAY NORTH
ACKSONVILLE FL 32256

ED TAX WH............$0
ISC OTH I.......$30,000+

*************************** TAXPAYER COPY ****************************

2161534330201800000

**(TY2018) IRMF ON LINE TRANSCRIPT SYSTEM SUMMARY***

IN- TIN TYPE AND VALIDITY- 0 DOCUMENT CODE- 00 2 DOCS

| ROUP | AMOUNT | GROUP | AMOUNT |
|---|---|---|---|
| THER INC........ | $60,000+ | | |

TER=PAYE(E),PAYE(R),(O)NLINE,(W)HITE OUT,IRPO(L),HARD(C)OPY OR (H)ELP

Mr Jason Scott
435 Balsam Dr
Dover DE 19901-1946

UNITED STATES POSTAL SERVICE
1000
19106

U.S. POSTAGE PAID
FCM LG ENV
CHESWOLD, DE
19936
SEP 30, 19
AMOUNT
$1.45
R2304H108538-05

RECEIVED
OCT 7 2019
U.S.C.A. 3rd CIR

U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market St.
Philadelphia, PA 19106-1790

RECEIVED
OCT - 7 2019
U.S.C.A. 3rd CIR