ALD-104 January 30, 2020

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **19-3324**

JASON SCOTT, Appellant

VS.

NEMOURS/ALFRED I. DUPONT HOSPITAL FOR CHILDREN

(D. Del. Civ. No. 1-16-cv-00504)

Present: MCKEE, SHWARTZ and PHIPPS, Circuit Judges

Submitted are

(1) By the Clerk for possible dismissal due to a jurisdictional defect;

(2) By the Clerk for possible dismissal under 28 U.S.C. § 1915(e)(2) or summary action under 3d Cir. L.A.R. 27.4 and I.O.P 10.6;

(3) Appellant's response to possible dismissal due to a jurisdictional defect with request for appointment of counsel; and

(4) Appellant's documents in support of response

in the above-captioned case.

Respectfully,

Clerk

ALD-104 January 30, 2020

JASON SCOTT
VS.
NEMOURS/ALFRED I. DUPONT HOSPITAL FOR CHILDREN
C.A. No. **19-3324**
Page **2**

_

ORDER

The foregoing appeal is dismissed for lack of appellate jurisdiction because the notice of appeal was untimely filed. Scott was required to file his notice of appeal within 30 days of the entry of the District Court's November 13, 2018 order. See Fed. R. App. P. 4(a)(1)(A). That time limit is "mandatory and jurisdictional." See Bowles v. Russell, 551 U.S. 205, 209 (2007) (citation omitted). The notice of appeal was filed on October 7, 2019, many months after the deadline had passed. Accordingly, this Court is without jurisdiction to hear the appeal. The dismissal is without prejudice to Scott's filing a properly pled complaint in the appropriate court raising claims he included in his notice of appeal. Nothing herein constitutes a ruling concerning whether such a complaint would be timely. Scott's motion for appointment of counsel is denied.

By the Court,

s/ Theodore A. McKee
Circuit Judge

Dated: April 2, 2020
PDB/cc: Jason Scott
Kathleen F. McDonough, Esq.

THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT SEAL OF

A True Copy:

Patricia S. Dodszuweit

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate